Submitted on record and briefs February 6, reversed and remanded for reconsideration February 28, 1996

In the Matter of the Compensation of
Rosalie A. Hyland, Claimant.

Rosalie A. HYLAND,
*Petitioner,*

*v.*

KAISER HEALTH
and Sedgwick James & Co.,
*Respondents.*

(WCB 94-04429, 94-04308; CA A87488)

911 P2d 1285

Kevin Keaney and Pozzi, Wilson & Atchison filed the brief for petitioner.

Eric R. Miller and VavRosky, MacColl, Olson, Doherty & Miller, P.C., filed the brief for respondents.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Carroll v. Boise Cascade Corp.*, 138 Or App 610, 910 P2d 1111 (1996).